AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

HERIBERTO RUIZ
DOB: 12/10/56

**WARRANT FOR ARREST**

CASE NUMBER: 04cr10176 RWZ

FILED IN CLERKS OFFICE
2004 JUN 29 P 2:06
U.S. DISTRICT COURT
DISTRICT OF MASS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___HERIBERTO RUIZ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
identity theft; credit card fraud; bank fraud; making false statements in document required by immigration law; and aiiding and abetting,

in violation of Title __18__ United States Code, Section(s) __1028, 1029, 1344, 1546, and 2__

Catherine M. Gaulke
Name of Issuing Officer

Catherine M Gaulke
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

6-10-04 Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___US Postal___

WARRANT EXEC
BY ARREST/ARR
DEFENDANT ON 06/14/2004

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.