# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

        v.                      CRIMINAL NO. 2004-10176-RWZ

ITZA RUIZ, ETC.,
HERIBERTO RUIZ,
          Defendants.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    6/09/2004 - Indictment returned.

    6/14/2004 - Initial Appearance

    6/21/2004 - Arraignment

    6/22 - 7/19/2004 - Excluded as per L.R. 112.2(A)(2)

    8/2/2004 - Filing to ruling on Motion #16.

    8/2 - 9/20/2004 -    Continuance granted so that the defendants' counsel may review the Government's discovery. I find that the ends of justice served by granting

the continuance outweigh the interest of the public and the defendants in a speedy trial.

9/21/2004 - Conference held.

9/22 - 11/5/2004 - Excluded as per 18 U.S.C.§ 3161(h)(1)(F).

Thus, as of November 5, 2004, SIXTEEN (16) non-excludable days will have occurred leaving FIFTY-FOUR (54) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

September 21, 2004.