# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 2004-10176-RWZ

ITZA RUIZ, ETC.,
HERIBERTO RUIZ,
    Defendants.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on September 21, 2004; counsel for the defendants were present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1) The time is extended to the close of business on *Friday, October 22, 2004.* NO FURTHER ENLARGEMENTS WILL BE GRANTED.

(2) The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than TWENTY-EIGHT (28) working days before*

*trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than FOURTEEN (14) working days before trial.*

(3)   No.

(4)   Any non-discovery type motions shall be filed *on or before the close of business on Friday, November 5, 2004;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)   *See* Order of Excludable Delay entered this date.

(6)   Unknown whether a trial will be necessary as to one or more of the defendants and would take five (5) trial days.

(7)   The Final Status Conference is set for *Thursday, November 18, 2004 at 11:00 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)   *See* ¶¶ (1)-(4), *supra.*

(2)   It does not.

(3)   None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 21, 2004..