# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                CRIMINAL NO. 2004-10176-RWZ

ITZA RUIZ,
HERIBERTO RUIZ,
      Defendants.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

11/18/2004 - Conference held.

Thus, as of November 18, 2004, TWENTY-SEVEN (27) non-excludable days have occurred leaving FORTY-THREE (43) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                      /s/ Robert B. Collings
                                      ROBERT B. COLLINGS
November 18, 2004.           United States Magistrate Judge