

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

March 11, 2005

Ms. Lisa Urso, Courtroom Clerk
 to the Honorable Rya W. Zobel
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:  United States v. Itza Ruiz, a/k/a Itza Galvan Santos,
         <u>and Heriberto Ruiz</u>
         Criminal No. 04-10176-RWZ

Dear Ms. Urso:

    The above-referenced case is presently scheduled for trial on April 4, 2005 before Judge Rya W. Zobel.  Please be advised that I have been informed by Counsel for Defendants Itza Ruiz, a/k/a Itza Galvan Santos, and Heriberto Ruiz, that both defendants wish to change their plea and plead guilty to all counts in the indictment in which they have been named without the benefit of a written plea agreement between the parties.

    The parties, therefore, request that the Court schedule a Change of Plea/Rule 11 hearing on April 4, 2005 at 9:00 a.m., in lieu of trial.

    Thank you for your attention to this matter.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                By:  <u>/s/Antoinette E.M. Leoney</u>
                      ANTOINETTE E.M. LEONEY
                      Assistant U.S. Attorney

cc:  Catherine Byrne, Esq.
     Stephen Jonas, Esq.
     Daniel Margolis, Esq.