UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CRIMINAL NO. 04-10176-RWZ |
| ) | |
| ITZA RUIZ       ) | |

## MOTION TO AMEND CONDITIONS OF RELEASE

The defendant respectfully moves that she be permitted to change her residence to 89 Dexter Street, Malden Massachusetts. Ms. Ruiz is separating from her husband and intends to reside at the new address with her two children.

Pre-trial Services Officer Basil Cronin assents to this motion.

                              ITZA RUIZ
                              By her attorney,

                              /s/ Catherine K. Byrne

                              Catherine K. Byrne
                                 B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

Date:  April 5, 2005