✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ITZA RUIZ,
a/k/a ITZA GALVAN SANTOS,
and HERIBERTO RUIZ,

      Defendants.

**APPEARANCE**

Case Number:    04-10176-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America, plaintiff.

I certify that I am admitted to practice in this court.

August 11, 2005
Date

Signature *(signed)*

Jennifer H. Zacks
Print Name     Bar Number

One Courthouse Way, Ste. 9200
Address

Boston     MA     02210
City     State     Zip Code

617-748-3100     617-748-3967
Phone Number     Fax Number