# WILMER CUTLER PICKERING
## HALE AND DORR LLP

July 19, 2005

Daniel Margolis

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6326
+1 617 526 5000 fax
daniel.margolis@wilmerhale.com

Hon. Rya W. Zobel
District Judge
U.S. District Court for the District of Massachusetts
1 Courthouse Way
Suite 6110
Boston, MA 02210

Re:    United States vs. Heriberto Ruiz, Cr. No. 04-10176-RWZ

Dear Judge Zobel:

This letter is to advise the Court that defendant Heriberto Ruiz has moved residences. He now resides at 89 Dexter Street, Apt 3, Malden, MA 02148. On July 15, 2005, pursuant to an agreement with the United States Attorney's Office, Mr. Ruiz sold his home at 226 Essex Street, Saugus, Massachusetts. The proceeds of the sale were applied to the outstanding balance of the mortgage on the property.

Very truly yours,

Daniel Margolis

DM:km
cc:   AUSA Antoinette E.M. Leoney, Esq.
      James Murphy, US Pre-trial Services
      Susan Walls, US Probation Office