UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10176-RWZ |
| v. ) | |
| ITZA RUIZ, ) | |
| a/k/a ITZA GALVAN SANTOS, ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO DECREASE OFFENSE LEVEL BY ONE
ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Antoinette E.M. Leoney, Assistant U.S. Attorney, hereby moves, pursuant to U.S.S.G. §3E1.1(b) (effective April 30, 2003) and to the extent prescribed by U.S.S.G. §1B1.11, for an additional one level decrease in Defendant Itza Ruiz's offense level for acceptance of responsibility. The defendant is scheduled to be sentenced on September 8, 2005.

As grounds therefore, the government states that the defendant has assisted authorities in the investigation and prosecution of her own misconduct by timely notifying authorities of her intention to enter a guilty plea, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

WHEREFORE, the government respectfully requests that the Court impose an additional one level decrease in Defendant

Itza Ruiz's offense level for acceptance of responsibility.

```
                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                          By:
                                    /s/ Antoinette E.M. Leoney
                                   ANTOINETTE E.M. LEONEY
                                   Assistant U.S. Attorney
Date: August 31, 2005              (617) 748-3100
```

## CERTIFICATE OF SERVICE

Suffolk, ss.                       Boston, Massachusetts
                                   August 31, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by electronic notice to Catherine Byrne, Esq., Federal Defender's Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

```
                                    /s/ Antoinette E.M. Leoney
                                   ANTOINETTE E.M. LEONEY
```