PROB 7A
(DMA Rev 1/2005)
Case 1:04-cr-10176-RWZ   Document 67   Filed 09/16/2005   Page 1 of 2
Conditions of Probation and Supervised Release

# UNITED STATES DISTRICT COURT
### For The
## DISTRICT OF MASSACHUSETTS

To:        Itza Ruiz                                          Docket No. 1:04-cr-10176
Address:   89 Dexter Street, Apt. #3
           Malden, MA 02148

Under the terms of this sentence, the defendant has been placed on supervised release by the Honorable Rya W. Zobel
United States District Judge for the District of Massachusetts. Your term of supervision is for a period of 2 year
commencing on September 8, 2005.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall not illegall
possess a controlled substance.

If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervised release that the defendar
pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance wit
any Schedule of Payments set forth in the Criminal Monetary Penalties Sheet of the judgment. In any case, the defendar
should cooperate with the probation officer in meeting any financial obligations.

The defendant shall report in person to the probation office in the district to which the defendant is released within 7
hours of release from the custody of the Bureau of Prisons (supervised release cases only).

CHECK IF APPLICABLE:

[  ]     As a condition of supervision, you are instructed to pay a fine in the amount of $ 0; it shall be paid in th
         following manner: NA.

[X]      As a condition of supervision, you are instructed to pay restitution in the amount of $ 18,083.60 to the Cler
         U.S. District Court for transfer to St. Jean's Credit Union in the amount of $6,724.19, KeyBank, USA, N.A.
         the amount of $6,390.41, and the U.S. Department of Education in the amount of $4,969.00; it shall be pa
         in the following manner: to be paid immediately or according to a court-ordered repayment schedule.

[X]      The defendant will be required to cooperate in the collection of a DNA sample as directed by the probatio
         officer.

[X]      The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

         **For offenses committed on or after September 13, 1994:**

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug te
within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereaft
not to exceed 104 tests per year, as directed by the probation officer.

[X]      The above drug testing condition is suspended based on the court's determination that the defendant pose:
         low risk of future substance abuse.

**It is the order of the Court that you shall comply with the following standard conditions:**

(1)      The defendant shall not leave the judicial district without permission of the Court or probation officer;

(2)      The defendant shall report to the probation officer as directed by the Court or probation officer, and shall subi
         a truthful and complete written report within the first five days of each month;

(3)      The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of
         probation officer;

(4)      The defendant shall support his or her dependents and meet other family responsibilities;

(5)  The defendant shall work   .larly at a lawful occupation unless excused by t    :obation offieer for scho ɔli training or other acceptable reasons;

(6)  The defendant shall notify the probation officer ten days prior to any change of residence or employment;

(7)  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, administer any narcotic or other controlled substance, or any paraphernalia related to such substances, exct as prescribed by a physician;

(8)  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, administered;

(9)  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate w any person convicted of a felony unless granted permission to do so by the probation officer;

(10)  The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and sh. permit confiscation of any contraband observed in plain view by the probation officer;

(11)  The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned l a law enforcement officer;

(12)  The defendant shall not enter into any agreement to act as an informer or special agent of a law enforceme agency without the permission of the Court;

(13)  As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned l the defendant's criminal record or personal history or characteristics, and shall permit the probation officer make such notifications and to confirm the defendant's compliance with such notification requirement.

**The special conditions ordered by the Court are as follows:**

1)The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.

2) The defendant is to pay the balance of the restitution according to a court-ordered repayment schedule.

3) The defendant is prohibited from incurring new credit charges or opening additional lines of credit witho the approval of the Probation Office while any financial obligations remain outstanding.

4) The defendant is to provide the Probation Office access to any requested financial information, which ma be shared with the Financial Litigation Unit of the U.S. Attorney's Office.

5) If ordered deported, the defendant is to leave the United States and is not to return without prior permissio of the Secretary of the Department of Homeland Security.

6) The defendant shall use her true name and is prohibited from the use of any false identifying informatio which includes, but is not limited to, any aliases, false dates of birth, false social security numbers, and incorrect place of birth.

- $2,300 Special Assessment

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revok supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy o them.

(Signed) _____   09-09-200
                    Defendant                        Date

_____   9/9/05
U.S. Probation Officer/Designated Witness        Date

**Judicial Recommendation:** That the defendant not be deported.