**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **v.** ) | | **Criminal No. 04-10176-RWZ-1** |
| ) | | |
| **ITZA RUIZ,** ) | | |
| ) | | |
| **Defendant.** ) | | |

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant, Itza Ruiz, by the district court (Zobel, J.) on September 8, 2005 and the resulting <u>Judgment in a Criminal Case</u> (entered on the docket on September 14, 2005).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:    /s/Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant United States Attorney

**Certificate of Service**

I, Antoinette E.M. Leoney, AUSA, hereby certify that on October 13, 2005, I caused a copy of this notice to be served by first-class mail on Catherine K. Byrne, Esq., Federal Defender's Office, District of Massachusetts, 408 Atlantic Avenue, Suite 328, Boston, MA 02210


/s/Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY