UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10176

United States of America

v.

Itza Ruiz

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/13/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 2, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/3/05 .

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, CLOSED, INTERP

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10176-RWZ-ALL

Case title: USA v. Ruiz et al                Date Filed: 06/09/2004

Assigned to: Judge Rya W. Zobel

**Defendant**

**Itza Ruiz** (1)             represented by **Catherine K. Byrne**
*TERMINATED: 09/08/2005*                    Federal Defender's Office
*also known as*                             District of Massachusetts
Itza Galvan Santos (1)                      408 Atlantic Ave.
*TERMINATED: 09/08/2005*                    Third Floor
                                            Suite 328
                                            Boston, MA 02210
                                            617-223-8061
                                            Fax: 617-223-8080
                                            Email: catherine_byrne@fd.org
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: Public Defender or*
                                            *Community Defender Appointment*

**Pending Counts**                          **Disposition**

                                            The defendant is sentenced to 2 years
                                            Probation. The first 6 months in home
                                            confinement with electronic monitoring
                                            and to pay the fee; Standard conditions
18:1028(a)(7) Identity Theft                apply; SC; DNA sample; pay the
(1-4)                                       balance of restitution; no new credit
                                            charges; rpovide probation access to
                                            financial information; if ordered
                                            eported, leave the US; use true name;
                                            restitution $18,083.60; SA $2300.00

                                            The defendant is sentenced to 2 years
                                            Probation. The first 6 months in home
                                            confinement with electronic monitoring
                                            and to pay the fee; Standard conditions
18:10;28(a)(7) Identity Theft               apply; SC; DNA sample; pay the
(5)                                         balance of restitution; no new credit
                                            charges; rpovide probation access to
                                            financial information; if ordered
                                            eported, leave the US; use true name;

| | |
|---|---|
| 18:1029(a)(5) Credit Card Fraud<br>(6-7) | restitution $18,083.60; SA $2300.00<br><br>The defendant is sentenced to 2 years Probation. The first 6 months in home confinement with electronic monitoring and to pay the fee; Standard conditions apply; SC; DNA sample; pay the balance of restitution; no new credit charges; rpovide probation access to financial information; if ordered eported, leave the US; use true name; restitution $18,083.60; SA $2300.00 |
| 18:1344(2) BANK FRAUD<br>(8) | The defendant is sentenced to 2 years Probation. The first 6 months in home confinement with electronic monitoring and to pay the fee; Standard conditions apply; SC; DNA sample; pay the balance of restitution; no new credit charges; rpovide probation access to financial information; if ordered eported, leave the US; use true name; restitution $18,083.60; SA $2300.00 |
| 20:1097(a) Student Aid Fraud<br>(9-15) | The defendant is sentenced to 2 years Probation. The first 6 months in home confinement with electronic monitoring and to pay the fee; Standard conditions apply; SC; DNA sample; pay the balance of restitution; no new credit charges; rpovide probation access to financial information; if ordered eported, leave the US; use true name; restitution $18,083.60; SA $2300.00 |
| 18:1014 Making a False Statement in a Loan Application<br>(16-17) | The defendant is sentenced to 2 years Probation. The first 6 months in home confinement with electronic monitoring and to pay the fee; Standard conditions apply; SC; DNA sample; pay the balance of restitution; no new credit charges; rpovide probation access to financial information; if ordered eported, leave the US; use true name; restitution $18,083.60; SA $2300.00 |
| 18:1546(a) False Statements in Document Required by Immigration Law<br>(18) | The defendant is sentenced to 2 years Probation. The first 6 months in home confinement with electronic monitoring and to pay the fee; Standard conditions apply; SC; DNA sample; pay the balance of restitution; no new credit charges; rpovide probation access to |

| | |
|---|---|
| 18:1546(a) False Statments in Document Required by Immigration Law (19) | financial information; if ordered eported, leave the US; use true name; restitution $18,083.60; SA $2300.00<br><br>The defendant is sentenced to 2 years Probation. The first 6 months in home confinement with electronic monitoring and to pay the fee; Standard conditions apply; SC; DNA sample; pay the balance of restitution; no new credit charges; rpovide probation access to financial information; if ordered eported, leave the US; use true name; restitution $18,083.60; SA $2300.00 |
| 18:1001(a)(3) False Statements or Entries (20) | The defendant is sentenced to 2 years Probation. The first 6 months in home confinement with electronic monitoring and to pay the fee; Standard conditions apply; SC; DNA sample; pay the balance of restitution; no new credit charges; rpovide probation access to financial information; if ordered eported, leave the US; use true name; restitution $18,083.60; SA $2300.00 |
| 42:40;8(a)(7)(B) Misrepresentation SOCIAL SECURITY Account NUMBER (21-23) | The defendant is sentenced to 2 years Probation. The first 6 months in home confinement with electronic monitoring and to pay the fee; Standard conditions apply; SC; DNA sample; pay the balance of restitution; no new credit charges; rpovide probation access to financial information; if ordered eported, leave the US; use true name; restitution $18,083.60; SA $2300.00 |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

Assigned to: Judge Rya W. Zobel

**Defendant**

**Heriberto Ruiz** (2)
*TERMINATED: 09/08/2005*

represented by **Stephen A. Jonas**
Wilmer Hale
60 State Street
Boston, MA 02109
617-526-6144
Fax: 617-526-5000
Email: stephen.jonas@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Daniel R. Margolis**
Wilmer Hale
60 State Street
Boston, MA 02109
617-526-6326
Fax: 617-526-5000
Email: daniel.margolis@wilmerhale.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sarah E. Ragland**
Wilmer Hale
60 State Street
Boston, MA 02109
617-526-6243
Fax: 617-526-5000
Email: sarah.ragland@wilmerhale.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:1028(a)(7) Identity Theft
(3-4)



18:1029(a)(5) Credit Card Fraud
(6)

**Disposition**

The defendant is sentenced to TIME SERVED; SR 12 months; standard conditions apply; no guns; drug testing suspended; SC; submit to a DNA sample; use true name; SA;$600.00;

The defendant is sentenced to TIME SERVED; SR 12 months; standard conditions apply; no guns; drug testing suspended; SC; submit to a DNA sample; use true name; SA;$600.00;

The defendant is sentenced to TIME SERVED; SR 12 months; standard

| | |
|---|---|
| 18:1344(2) BANK FRAUD<br>(8) | conditions apply; no guns; drug testing suspended; SC; submit to a DNA sample; use true name; SA;$600.00; |
| 18:1546(a) False Statements in Document Required by Immigration Law<br>(18) | The defendant is sentenced to TIME SERVED; SR 12 months; standard conditions apply; no guns; drug testing suspended; SC; submit to a DNA sample; use true name; SA;$600.00; |
| 18:1546(a) False Statments in Document Required by Immigration Law<br>(19) | The defendant is sentenced to TIME SERVED; SR 12 months; standard conditions apply; no guns; drug testing suspended; SC; submit to a DNA sample; use true name; SA;$600.00; |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                      **Disposition**

None

---

**Plaintiff**

**USA**                          represented by   **Antoinette E.M. Leoney**
                                                  United States Attorney's Office
                                                  John Joseph Moakley Federal Courthouse
                                                  1 Courthouse Way
                                                  Suite 9200
                                                  Boston, MA 02210
                                                  617-748-3100
                                                  Fax: 617-748-3951
                                                  Email: antoinette.leoney@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Jennifer Hay Zacks**
                                                  United States Attorney's Office
                                                  John Joseph Moakley Federal Courthouse

1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Email: jennifer.zacks@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2004 | 1 | SEALED INDICTMENT as to Itza Ruiz (1) count(s) 1-4, 5, 6-7, 8, 9-15, 16-17, 18, 19, 20, 21-23, Heriberto Ruiz (2) count(s) 3-4, 6, 8, 18, 19. (Gawlik, Cathy) (Entered: 06/10/2004) |
| 06/10/2004 |  | Arrest Warrant Issued as to Itza Ruiz, Heriberto Ruiz. (Gawlik, Cathy) (Entered: 06/10/2004) |
| 06/10/2004 |  | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Itza Ruiz, Heriberto Ruiz (Gawlik, Cathy) (Entered: 06/10/2004) |
| 06/14/2004 | 2 | EX PARTE MOTION as to Heriberto Ruiz by USA. (Smith3, Dianne) (Entered: 06/15/2004) |
| 06/14/2004 | 3 | MOTION to Unseal Case as to Itza Ruiz, Heriberto Ruiz by USA. (Smith3, Dianne) (Entered: 06/15/2004) |
| 06/14/2004 |  | Arrest of Itza Ruiz, Heriberto Ruiz (Affsa, Gina) (Entered: 06/15/2004) |
| 06/14/2004 | 4 | Clerk's Notes for proceedings held before Judge Robert B. Collings:Initial Appearance as to Itza Ruiz, Heriberto Ruiz held on 6/14/2004. (Digital Recording.) (Affsa, Gina) (Entered: 06/15/2004) |
| 06/14/2004 | 5 | Judge Robert B. Collings : ORDER Setting Conditions of Release as to Itza Ruiz (Affsa, Gina) (Entered: 06/16/2004) |
| 06/14/2004 |  | Attorney update in case as to Itza Ruiz. Attorney Catherine K. Byrne for Itza Ruiz added. (Affsa, Gina) (Entered: 06/16/2004) |
| 06/14/2004 |  | Attorney update in case as to Heriberto Ruiz. Attorney Stephen A. Jonas for Heriberto Ruiz added. (Affsa, Gina) (Entered: 06/16/2004) |
| 06/14/2004 | 6 | Unsecured Appearance Bond Entered as to Itza Ruiz in amount of $ 25,000. (Affsa, Gina) (Entered: 06/16/2004) |
| 06/14/2004 | 7 | Judge Robert B. Collings : ORDER Setting Conditions of Release (Affsa, Gina) (Entered: 06/16/2004) |
| 06/14/2004 | 8 | Unsecured Appearance Bond Entered as to Heriberto Ruiz in amount of $25,000.00 (Affsa, Gina) (Entered: 06/16/2004) |
| 06/14/2004 | 9 | CJA 23 Financial Affidavit by Itza Ruiz (Affsa, Gina) (Entered: 06/18/2004) |

| | | |
|---|---|---|
| 06/14/2004 | 10 | CJA 23 Financial Affidavit by Heriberto Ruiz (Affsa, Gina) (Entered: 06/18/2004) |
| 06/14/2004 | | Case unsealed as to Itza Ruiz, Heriberto Ruiz (Diskes, Sheila) (Entered: 08/02/2004) |
| 06/15/2004 | | Judge Robert B. Collings : Endorsement on motion ORDER entered granting [3] Motion to Unseal Case as to Itza Ruiz (1), Heriberto Ruiz (2) (Smith3, Dianne) (Entered: 06/15/2004) |
| 06/21/2004 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Arraignment as to Itza Ruiz (1) Count 1-4,5,6-7,8,9-15,16-17,18,19,20,21-23 and Heriberto Ruiz (2) Count 3-4,6,8,18,19 held on 6/21/2004. The defendants waive reading of the indictment. The defendants plead not guilty to all counts. Initial Status Conference set for 8/11/2004 02:00 PM in Courtroom 14 before Robert B. Collings. (Tape #Digital Recording.) (Brown, Rex) Modified on 6/21/2004 (Brown, Rex). (Entered: 06/21/2004) |
| 06/21/2004 | | Notice of correction to docket made by Court staff. Correction: Electronic Clerk's Note dated 6/21/04 corrected because: the docket entry contained inaccurate information as to Itza Ruiz, Heriberto Ruiz (Brown, Rex) (Entered: 06/21/2004) |
| 06/21/2004 | 11 | Ex-Parte MOTION for Lis Pendens as to Heriberto Ruiz by USA. (Johnson, Jay) (Entered: 06/23/2004) |
| 06/23/2004 | 12 | Judge Rya W. Zobel : ORDER entered Notice of Lis Pendens as to Heriberto Ruiz (Johnson, Jay) (Entered: 06/23/2004) |
| 06/23/2004 | 13 | Judge Robert B. Collings : MEMORANDUM AND ORDER entered following arraignment as to Itza Ruiz (Affsa, Gina) (Entered: 06/23/2004) |
| 06/23/2004 | 14 | Judge Robert B. Collings : MEMORANDUM AND ORDER entered following arraignment as to Heriberto Ruiz (Affsa, Gina) (Entered: 06/23/2004) |
| 06/29/2004 | 15 | Arrest Warrant Returned Executed on 6/14/04. as to Itza Ruiz. (Johnson, Jay) (Entered: 06/30/2004) |
| 08/02/2004 | 16 | Assented to MOTION to Continue *Initial Status Conference* as to Itza Ruiz. (Byrne, Catherine) (Entered: 08/02/2004) |
| 08/02/2004 | | Judge Robert B. Collings : ORDER entered re Assented to Motion to Continue Initial Status Conference as to Itza Ruiz. Motion ALLOWED only to the extent that the time for filing a discovery letter is ENLARGED to 9/10/04 and the Initial Status Conference is CONTINUED to 9/16/04 at 11:00 A.M. (Dolan, Kathleen) (Entered: 08/02/2004) |
| 08/06/2004 | 17 | NOTICE re automatic disclosure as to Itza Ruiz (Johnson, Jay) (Entered: 08/17/2004) |

| | | |
|---|---|---|
| 08/06/2004 | 18 | NOTICE re automatic disclosure as to Heriberto Ruiz (Johnson, Jay) (Entered: 08/17/2004) |
| 09/10/2004 | 19 | NOTICE OF ATTORNEY APPEARANCE: Sarah E. Ragland appearing for Heriberto Ruiz (Ragland, Sarah) (Entered: 09/10/2004) |
| 09/10/2004 | 20 | Assented to MOTION to Continue *Initial Status Conference* as to Heriberto Ruiz. (Ragland, Sarah) (Entered: 09/10/2004) |
| 09/14/2004 | | Judge Robert B. Collings : ELECTRONIC ORDER entered granting 20 Motion to Continue Initial Status Conference. Motion ALLOWED to September 21, 2004 at 11:15 A.M. (Dolan, Kathleen) (Entered: 09/14/2004) |
| 09/17/2004 | 21 | STATUS REPORT *(joint)* by USA as to Itza Ruiz (Leoney, Antoinette) (Entered: 09/17/2004) |
| 09/17/2004 | 22 | STATUS REPORT *(Joint)* by USA as to Heriberto Ruiz (Leoney, Antoinette) (Entered: 09/17/2004) |
| 09/21/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Status Conference as to Itza Ruiz, Heriberto Ruiz held on 9/21/2004. Attorney Catherine Byrne for Ita Ruiz and Stephen Jonas for Heriberto Ruiz. Defense counsels request additional time to file discovery letters. Court grants until October 22, 2004 for both Defendants. Gov't has provided all automatic discovery. Defense counsel for defendants would like additional time for filing non-discovery motions. Court allows until November 5, 2004 to file non-discovery motions. Counsels trial expectation is about 5 trial days. Final Status Conference set down for November 18, 2004 at 11:00 AM. (Entered: 09/22/2004) |
| 09/21/2004 | 23 | Judge Robert B. Collings : ORDER entered ORDER for Final Status Conference (L.R. 116.5(c)). Final Status Conference set for 11/18/2004 at 11:00 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 09/23/2004) |
| 09/21/2004 | 24 | Judge Robert B. Collings : ORDER entered ORDER ON EXCLUDABLE DELAY as to Itza Ruiz, Heriberto Ruiz Time excluded from 6/9/2004 until 6/9/2004. Time excluded from 6/14/2004 until 6/14/2004. Time excluded from 6/21/2004 until 6/21/2004. Time excluded from 6/22/2004 until 7/19/2004. Time excluded from 8/2/2004 until 8/2/2004. Time excluded from 8/2/2004 until 9/20/2004. Time excluded from 9/21/2004 until 9/21/2004. Time excluded from 9/22/2004 until 11/5/2004. (Russo, Noreen) (Entered: 09/23/2004) |
| 09/21/2004 | 25 | Judge Robert B. Collings : ORDER entered REPORT after Initial Status Conference Pursuant to Local Rule 116.5(A) as to Itza Ruiz, Heriberto Ruiz. Final Status Conference set for 11/18/2004 at 11:00 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 09/23/2004) |
| 11/10/2004 | 26 | MOTION to Continue *Status Conference* as to Itza Ruiz, Heriberto Ruiz |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                        |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | by Heriberto Ruiz. (Ragland, Sarah) (Entered: 11/10/2004)                                                                                                                                                                                                                                                                                                                              |
| 11/17/2004 | 27  | STATUS REPORT *JOINT Final Status* by USA, Itza Ruiz, Heriberto Ruiz as to Itza Ruiz, Heriberto Ruiz (Pellegrini, Nadine) (Entered: 11/17/2004)                                                                                                                                                                                                                                         |
| 11/18/2004 |     | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Status Conference as to Itza Ruiz, Heriberto Ruiz held on 11/18/2004. S. Jonas for Mr. Ruiz, N. Pelligrini for Gov't, C. Byrne for Itza Ruiz. Court to send case to District Court Judge. Parties indicate ready to procced. (Digital Recording.) (Russo, Noreen) (Entered: 11/18/2004)        |
| 11/18/2004 |     | Magistrate Judge Robert B. Collings : Electronic ORDER entered denying 26 Motion to Continue as to Itza Ruiz (1), Heriberto Ruiz (2). "The conference is scheduled for November 18, 2004." (Russo, Noreen) (Entered: 11/18/2004)                                                                                                                                                        |
| 11/18/2004 | 28  | Magistrate Judge Robert B. Collings : ORDER entered ORDER ON EXCLUDABLE DELAY as to Itza Ruiz, Heriberto Ruiz Time excluded from 11/18/2004 until 11/18/2004. Thus, as of November 18, 2004, Twenty Seven (27) non-excludable days have occured leaving FORTY-THREE (43) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 11/18/2004) |
| 11/18/2004 | 29  | Magistrate Judge Robert B. Collings : ORDER entered ORDER AND RECOMMENDATION AFTER Final Status Conference Pursuant to Local Rule 116.5(C) as to Itza Ruiz, Heriberto Ruiz. (Russo, Noreen) (Entered: 11/18/2004)                                                                                                                                                                       |
| 11/18/2004 |     | Case as to Itza Ruiz, Heriberto Ruiz no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 11/18/2004)                                                                                                                                                                                                                                                   |
| 11/19/2004 |     | NOTICE OF HEARING as to Itza Ruiz, Heriberto Ruiz Pretrial Conference set for 12/8/2004 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/19/2004)                                                                                                                                                                                                          |
| 12/08/2004 |     | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Pretrial Conference as to Itza Ruiz, Heriberto Ruiz held on 12/8/2004 Jury Trial set for 4/4/2005 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 12/10/2004)                                                                                                                        |
| 03/11/2005 | 30  | Letter (non-motion) regarding Scheduling a Change of Plea/Rule 11 Hearing as to Itza Ruiz, Heriberto Ruiz (Leoney, Antoinette) (Entered: 03/11/2005)                                                                                                                                                                                                                                    |
| 03/21/2005 |     | ELECTRONIC ENDORSEMENT as to Itza Ruiz, Heriberto Ruiz: Change of pleas scheduled for 4/4/05 at 9:00 a.m. on both defendants. (Urso, Lisa) (Entered: 03/21/2005)                                                                                                                                                                                                                        |
| 03/23/2005 | 31  | NOTICE OF ATTORNEY APPEARANCE: Daniel R. Margolis appearing for Heriberto Ruiz (Margolis, Daniel) (Entered: 03/23/2005)                                                                                                                                                                                                                                                                 |
| 04/04/2005 |     | electronicClerk's Notes for proceedings held before Judge Rya W.                                                                                                                                                                                                                                                                                                                       |

| | | |
|---|---|---|
| | | Zobel :Change of Plea Hearing as to Itza Ruiz, Heriberto Ruiz held on 4/4/2005, Plea entered by Itza Ruiz (1) Guilty Count 1-4,5,6-7,8,9-15,16-17,18,19,20,21-23 and Heriberto Ruiz (2) Guilty Count 3-4,6,8,18,19. Sentencing set for 6/22/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Valerie O'Hara.) (Urso, Lisa) (Entered: 04/04/2005) |
| 04/04/2005 | 32 | Judge Rya W. Zobel : OrderORDER entered. PROCEDURAL ORDER re sentencing hearing as to Itza Ruiz Sentencing set for 6/22/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 04/04/2005) |
| 04/04/2005 | 33 | Judge Rya W. Zobel : OrderORDER entered. PROCEDURAL ORDER re sentencing hearing as to Heriberto Ruiz Sentencing set for 6/22/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 04/04/2005) |
| 04/05/2005 | 34 | MOTION to Amend *Conditions of Release* as to Itza Ruiz. (Byrne, Catherine) (Entered: 04/05/2005) |
| 04/07/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 34 Motion to Amend as to Itza Ruiz (1) (Urso, Lisa) (Entered: 04/07/2005) |
| 04/08/2005 | 35 | MOTION for Forfeiture of Property *(preliminary order of forfeiture)* as to Itza Ruiz, Heriberto Ruizby USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 04/08/2005) |
| 04/08/2005 | 36 | MOTION for Forfeiture of Property *CORRECTED VERSION* as to Itza Ruiz, Heriberto Ruizby USA. (Attachments: # 1 Text of Proposed Order) (Zacks, Jennifer) (Entered: 04/08/2005) |
| 04/11/2005 | 37 | NOTICE OF ATTORNEY APPEARANCE Jennifer Hay Zacks appearing for USA. (Johnson, Jay) (Entered: 04/12/2005) |
| 04/15/2005 | 38 | RESPONSE to Motion by Heriberto Ruiz re 36 MOTION for Forfeiture of Property (Margolis, Daniel) (Entered: 04/15/2005) |
| 04/20/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 36 Motion for Forfeiture of Property as to Itza Ruiz (1), Heriberto Ruiz (2) (Urso, Lisa) (Entered: 04/21/2005) |
| 04/28/2005 | 39 | Judge Rya W. Zobel : Preliminary OrderORDER entered. ORDER OF FORFEITURE as to Itza Ruiz, Heriberto Ruiz. (Urso, Lisa) (Entered: 04/28/2005) |
| 05/31/2005 | 40 | MOTION for Release of Notice of Lis Pendens as to Itza Ruiz, Heriberto Ruizby USA. (Johnson, Jay) (Entered: 06/01/2005) |
| 06/02/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 40 Motion for Lis Pendens as to Itza Ruiz (1), Heriberto Ruiz (2) (Urso, Lisa) (Entered: 06/03/2005) |
| 06/02/2005 | 41 | Judge Rya W. Zobel : OrderORDER entered. Release of Notice of Lis Pendens as to Itza Ruiz, Heriberto Ruiz (Urso, Lisa) (Entered: |

| | | |
|---|---|---|
| | | 06/03/2005) |
| 06/06/2005 | 🔵 | NOTICE OF RESCHEDULING as to Itza Ruiz, Heriberto Ruiz Sentencing reset for 6/23/2005 10:30 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/06/2005) |
| 06/09/2005 | 🔵42 | Assented to MOTION to Continue *Sentencing* to after 09/01/05 to sell the property located at 226 Essex Street in Saugus, Massachusetts that is the subject of the forfeiture allegation in the Indictment as to Heriberto Ruiz. (Margolis, Daniel) (Entered: 06/09/2005) |
| 06/10/2005 | 🔵 | Judge Rya W. Zobel : Electronic ORDER entered granting 42 Motion to Continue as to Heriberto Ruiz (2) and Itza Ruiz. Sentencing rescheduled to Sept. 8, 2005 at 2:30 p.m. (Urso, Lisa) (Entered: 06/10/2005) |
| 06/13/2005 | 🔵43 | TRANSCRIPT of Rule 11 Hearing as to Itza Ruiz held on April 4, 200 before Judge Judge Zobel. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/13/2005) |
| 06/13/2005 | 🔵 | TRANSCRIPT of Rule 11 Hearing as to Heriberto Ruiz held on April 4, 2005 before Judge Zobel. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/13/2005) |
| 07/05/2005 | 🔵44 | Preliminary Order of Forfeiture Executed on 6/1/05 as to Itza Ruiz (Nici, Richard). Modified on 7/7/2005 (Nici, Richard). (Entered: 07/07/2005) |
| 07/05/2005 | 🔵45 | Preliminary Order of Forfeiture Returned Executed on 6/1/05 as to Heriberto Ruiz (Nici, Richard). Modified on 7/7/2005 (Nici, Richard). (Entered: 07/07/2005) |
| 07/05/2005 | 🔵46 | Preliminary Order of Forfeiture Returned Executed on 6/1/05 as to Heriberto Ruiz (Nici, Richard). Modified on 7/7/2005 (Nici, Richard). (Entered: 07/07/2005) |
| 07/05/2005 | 🔵47 | Preliminary Order of Forfeiture Returned Executed on 6/1/05 as to the Town of Saugus Assessor's Office. (Nici, Richard) Modified on 7/7/2005 (Nici, Richard). (Entered: 07/07/2005) |
| 07/05/2005 | 🔵48 | Preliminary Order of Forfeiture Returned Executed on 6/1/05 as to Stephen A. Jonas. (Nici, Richard) Modified on 7/7/2005 (Nici, Richard). (Entered: 07/07/2005) |
| 07/05/2005 | 🔵49 | Preliminary Order of Forfeiture Returned Executed on 7/5/05 as to Catherine K. Byrne. (Nici, Richard) Modified on 7/7/2005 (Nici, Richard). (Entered: 07/07/2005) |
| 07/05/2005 | 🔵50 | Preliminary Order of Forfeiture Returned Executed on 6/3/05 as to the real property and buildings at 226 Essex St. Saugus, Ma. (Nici, Richard) Modified on 7/7/2005 (Nici, Richard). (Entered: 07/07/2005) |

| | | |
|---|---|---|
| 07/05/2005 | 51 | Preliminary Order of Forfeiture Returned Executed on 6/6/05 as to Countrywide Home Loans, Inc.. (Nici, Richard) Modified on 7/7/2005 (Nici, Richard). (Entered: 07/07/2005) |
| 07/05/2005 | 52 | Preliminary Order of Returned Executed on 6/9/05 in case as to Itza Ruiz (Nici, Richard) Modified on 7/7/2005 (Nici, Richard). (Entered: 07/07/2005) |
| 07/05/2005 | 53 | Judgment Returned Executed as to Daniel Margolis on 6/1/05. (Nici, Richard) (Entered: 07/07/2005) |
| 07/05/2005 | 54 | Preliminary Order of Forfeiture Returned Executed on 6/24/05 in case as to Eastern Bank (Nici, Richard) Modified on 7/7/2005 (Nici, Richard). (Entered: 07/07/2005) |
| 07/07/2005 | | Notice of correction to docket made by Court staff. Correction: Docket entries 44 - 55 corrected : to accurately list the type of process as to Itza Ruiz, Heriberto Ruiz (Nici, Richard). (Entered: 07/07/2005) |
| 07/07/2005 | | Notice of correction to docket made by Court staff. Correction: docket #55 corrected because: it doesn't belong to this case as to Itza Ruiz, Heriberto Ruiz (Nici, Richard) (Entered: 07/07/2005) |
| 07/25/2005 | 55 | Letter (non-motion) regarding change of address as to Itza Ruiz, Heriberto Ruiz (Johnson, Jay) (Entered: 07/25/2005) |
| 08/02/2005 | 56 | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. PUBLICATION served Delivered on 5/26/05 (Johnson, Jay) (Entered: 08/03/2005) |
| 08/31/2005 | 57 | MOTION To Decrease Offense Level By One Additional Level For Acceptance of Responsibility as to Itza Ruiz by USA. (Leoney, Antoinette) (Entered: 08/31/2005) |
| 08/31/2005 | 58 | MOTION To Decrease Offense Level By One Additional Level For Acceptance of Responsibility as to Heriberto Ruiz by USA. (Leoney, Antoinette) (Entered: 08/31/2005) |
| 09/02/2005 | 60 | SENTENCING MEMORANDUM by Heriberto Ruiz (Johnson, Jay) (Entered: 09/06/2005) |
| 09/06/2005 | 61 | SENTENCING MEMORANDUM by Itza Ruiz (Byrne, Catherine) (Entered: 09/06/2005) |
| 09/08/2005 | 62 | MOTION for Forfeiture of Property *MOTION TO VACATE PRELIMINARY ORDER OF FORFEITURE* as to Itza Ruiz, Heriberto Ruiz by USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 09/08/2005) |
| 09/08/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 57 Motion to decrease offense level as to Itza Ruiz (1) (Urso, Lisa) (Entered: 09/09/2005) |
| 09/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 9/8/2005 for Itza Ruiz (1), Count(s) 1-4, 16- |

|  |  |  |
|---|---|---|
|  |  | 17, 18, 19, 20, 21-23, 5, 6-7, 8, 9-15, The defendant is sentenced to 2 years Probation. The first 6 months in home confinement with electronic monitoring and to pay the fee; Standard conditions apply; SC; DNA sample; pay the balance of restitution; no new credit charges; provide probation access to financial information; if ordered eported, leave the US; use true name; restitution $18,083.60; SA $2300.00. (Court Reporter Richard Romanow.) (Urso, Lisa) (Entered: 09/09/2005) |
| 09/08/2005 |  | Judge Rya W. Zobel : endorsedORDER entered granting 58 Motion to decrease by one level as to Heriberto Ruiz (2) (Urso, Lisa) (Entered: 09/09/2005) |
| 09/08/2005 | 63 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Itza Ruiz (1), Count(s) 1-4, 16-17, 18, 19, 20, 21-23, 5, 6-7, 8, 9-15, The defendant is sentenced to 2 years Probation. The first 6 months in home confinement with electronic monitoring and to pay the fee; Standard conditions apply; SC; DNA sample; pay the balance of restitution; no new credit charges; rpovide probation access to financial information; if ordered eported, leave the US; use true name; restitution $18,083.60; SA $2300.00 (Urso, Lisa) (Entered: 09/14/2005) |
| 09/08/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 9/8/2005 for Heriberto Ruiz (2), Count(s) 18, 19, 3-4, 6, 8, The defendant is sentenced to TIME SERVED; SR 12 months; standard conditions apply; no guns; drug testing suspended; SC; submit to a DNA sample; use true name; SA;$600.00;. (Urso, Lisa) (Entered: 09/14/2005) |
| 09/08/2005 | 64 | Judge Rya W. Zobel : Electronic ORDER entered. JUDGMENT as to Heriberto Ruiz (2), Count(s) 18, 19, 3-4, 6, 8, The defendant is sentenced to TIME SERVED; SR 12 months; standard conditions apply; no guns; drug testing suspended; SC; submit to a DNA sample; use true name; SA;$600.00; (Urso, Lisa) (Entered: 09/14/2005) |
| 09/08/2005 | 65 | Judge Rya W. Zobel : orderORDER entered. STATEMENT OF REASONS as to Heriberto Ruiz (Urso, Lisa) (Entered: 09/14/2005) |
| 09/08/2005 | 66 | Judge Rya W. Zobel : OrderORDER entered. STATEMENT OF REASONS as to Itza Ruiz (Urso, Lisa) Additional attachment(s) added on 9/14/2005 (Urso, Lisa). (Entered: 09/14/2005) |
| 09/09/2005 |  | Notice of correction to docket made by Court staff. Correction: #62 "motion for forfeiture of property" corrected because: Wrong Event. The filer should have used the motion to VACATE event. In the future the is encoraged to call the clerks office if there are any questions regarding electronic filing events.(FYI) as to Itza Ruiz, Heriberto Ruiz (Johnson, Jay) (Entered: 09/09/2005) |
| 09/16/2005 | 67 | Conditions from Probation and Supervised Release as to Itza Ruiz (Johnson, Jay) (Entered: 09/16/2005) |
| 10/03/2005 | 68 | TRANSCRIPT of Sentencing as to Itza Ruiz, Heriberto Ruiz held on September 8, 2005 before Judge Zobel. Court Reporter: Richard H. |

| | | |
|---|---|---|
| | | Romanow. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-0370 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/03/2005) |
| 10/13/2005 | 69 | NOTICE OF APPEAL by USA, USA as to Itza Ruiz Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/2/2005. (Leoney, Antoinette) (Entered: 10/13/2005) |
| 11/09/2005 | 70 | Judge Rya W. Zobel : OrderORDER entered. as to Itza Ruiz, Heriberto Ruiz re 62 MOTION TO VACATE PRELIMINARY ORDER OF FORFEITURE filed by USA, (Urso, Lisa) (Entered: 11/10/2005) |