# MANDATE

USDC / MA
04-10176
Zobel, R.

# United States Court of Appeals
## For the First Circuit

No. 05-2804

UNITED STATES,

Appellee,

v.

ITZA RUIZ, a/k/a Itza Galvan Santos

Defendant - Appellee

---

**JUDGMENT**

Entered: December 22, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/22/05

By the Court:
Richard Cushing Donovan, Clerk

AMY B. LEDERER

By: _____
Appeals Attorney

[cc: Catherine Byrne, AFPD, Antoinette Leoney, AUSA, Jennifer Zacks, Esq., Itza Ruiz]